# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**D'ANGELO O. KEY,**

    **Plaintiff,**

v.                                                                                            Case No. 20-CV-751

**CHANCE CASTEL,** *et al.***,**

    **Defendants.**

## ORDER

On April 13, 2021, the defendants filed a motion for summary judgment on the merits. (ECF No. 33.) Plaintiff D'Angelo O. Key, who is representing himself, had until May 13, 2021, to respond to the defendants' motion. That deadline has passed.

The court will give Key one final opportunity to either respond to the defendants' summary judgment motion or file a letter explaining why he is unable to do so. If by the date set forth below Key fails to file either a response to the defendants' summary judgment motion or a letter explaining why he is unable to file a response, the court will accept all facts asserted by the defendants as undisputed. This will likely result in summary judgment being granted in the defendants' favor and the case being dismissed.

**IT IS THEREFORE ORDERED** that by **June 30, 2021**, Key must either respond to the defendants' motion for summary judgment or file a letter explaining

why he is unable to do so. Failure to respond by that date will result in the court accepting all facts asserted by the defendants as undisputed.

Dated at Milwaukee, Wisconsin this 1st day of June, 2021.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge